UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 08-cr-141-01-JD

<u>Antonio Sanchez</u>


<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted to September 15, 2009.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.


             <u>*/s/ Joseph A. DiClerico, Jr.*</u>
             Joseph A. DiClerico, Jr.
             United States District Judge

Date:  May 12, 2009


cc: Lawrence Vogelman, Esq.
   Alfred Rubega, Esq.
   U.S. Marshal
   U.S. Probation